RINEY & MAYFIELD
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 240556451
320 South Polk Street, Suite 600
Amarillo, Texas 79101
Telephone: (806) 468-3200
Facsimile: (806) 376-4509
Email: triney@rineymayfield.com
Email: hhendricks@rineymayfield.com

Michael R. Johnson (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com

*Attorneys for Rabo AgriFinance LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHER DISTRICT OF TEXAS, AMARILLO DIVISION**

| | |
|---|---|
| In re: | Case No. 18-20126-11-rlj |
| **WAGGONER CATTLE, LLC,** | |
| **et al.,** | Joint Administered |
| Debtors. | Chapter 11 |
| **LONE STAR STATE BANK OF WEST TEXAS,** | |
| Plaintiff, | |
| v. | **Adversary No. 18-02007-rlj** |
| **RABO AGRIFINANCE LLC, fka RABO AGRIFINANCE, INC.; WAGGONER CATTLE, LLC; CLIFF HANGER CATTLE, LLC; and CIRCLE W OF DIMMITT, INC.** | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL, AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT,** pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Michael R. Johnson of the law firm of Ray Quinney & Nebeker PC hereby enters his appearance (in conjunction with Thomas C. Riney and W. Heath Hendricks of Riney Mayfield) as counsel of record for Rabo AgriFinance LLC, fka Rabo Agrifinance, Inc., a defendant and party-in-interest in the above-entitled adversary proceeding, requests that his name, email address and other relevant information be included on the master service list for this adversary proceeding, and further requests that notice of all hearings or actions in this adversary proceeding be sent to the following:

>   Michael R. Johnson, Esq.
>   **RAY QUINNEY & NEBEKER P.C.**
>   36 South State Street, Suite 1400
>   Salt Lake City, UT  84111
>   Telephone:  (801) 532-1500
>   Facsimile:  (801) 532-7543
>   Email:  mjohnson@rqn.com

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance* and any subsequently filed pleading or paper filed in the above-entitled adversary proceeding is not intended nor shall be deemed to waive, where applicable, Rabo AgriFinance LLC's right to (i) have final orders in any core or noncore matters or on any claims or affirmative defenses entered only after *de novo* review by a district court judge to the extent required by the United States Supreme Court's rulings of <u>Stern v. Marshall</u>, 131 S. Ct. 2594 (2011) and subsequent case law or as otherwise required by the U.S. Constitution or applicable provisions of the United States Code; (ii) a trial by jury in this adversary proceeding on any claim or defense so triable herein or in any case, controversy, or proceeding related hereto; or (iii) have the reference withdraw by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or any waiver of any other right, claim, action, defense, setoff, or recoupment, all of which are hereby expressly reserved.

DATED this 25th day of July, 2018.

        RAY QUINNEY & NEBEKER P.C.

        /s/ Michael R. Johnson
        Michael R. Johnson
        *Attorneys for Rabo AgriFinance, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the electronic filing users in this case as follows:

- **Michael R. Johnson**   mjohnson@rqn.com, dburton@rqn.com;docket@rqn.com
- **John H. Lovell**   john@lovell-law.net, paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;candice@lovell-law.net;barbara@lovell-law.net;sabrina@lovell-law.net

I further certify that on the 25th day of July, 2018, the foregoing document was served by first class mail, postage prepaid, on the following parties:

**Barbara Bauernfeind**
Lovell, Lovell, Isern & Farabough, LLP
112 SW 8th Ave
Suite 1000
Amarillo, TX 79101

**Circle W of Dimmitt, Inc.**
c/o Johnny Kent Merritt, Registered Agen
3144 Bee Caves Rd
Austin, TX 78746

**Cliff Hanger Cattle, LLC**
c/o Johnny Kent Merritt, Registered Agen
3144 Bee Caves Rd
Austin, TX 78746

**Matthew S Merriott**
Lovell, Lovell, Isern & Farabough, LLP
112 SW 8th Ave.
Suite 1000
Amarillo, TX 79101

**Waggoner Cattle, LLC**
c/o Johnny Kent Merritt, Registered Agen
3144 Bee Caves Rd
Austin, TX 78746

/s/ Dianne Burton

1460213