

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 5, 2019**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| In re:                                §<br>                                        §<br>WAGGONER CATTLE, LLC,   §<br>                                        §<br>        Debtor.              § | Case No.: 18-20126-RLJ-11<br>Jointly Administered |
| LONE STAR STATE BANK OF WEST TEXAS,   §<br>                                        §<br>        Plaintiff,           §<br>                                        §<br>v.                                      §<br>                                        §<br>RABO AGRIFINANCE, LLC,<br>WAGGONER CATTLE, LLC, CLIFF HANGER CATTLE, LLC, CIRCLE W OF DIMMITT, INC.,   §<br>                                        §<br>        Defendants.           § | Adversary No. 18-02007 |

## ORDER

In accordance with the Memorandum Opinion entered on this date, it is hereby

2

ORDERED that Rabo Agrifinance, LLC's motion to dismiss is granted in part and denied in part; it is further

ORDERED that Rabo's request to dismiss causes of action seven, eight, nine, ten, eleven, thirteen, and sixteen of Lone Star's complaint is denied; it is further

ORDERED that causes of action one, two, three, four, five, six, and twelve are dismissed; it is further

ORDERED that Rabo's request for abstention is denied.

### End of Order ###