UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

        -and-

Michael R. Johnson (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com

*Attorneys for Defendant Rabo AgriFinance LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| IN RE:<br><br>WAGGONER CATTLE, LLC, ET AL<br><br>        Debtors. | Chapter 11<br><br>CASE NO. 18-20126-RLJ-11<br>Jointly Administered |
| LONE STAR BANK OF WEST TEXAS,<br><br>        *Plaintiff,*<br><br>v.<br><br>RABO AGRIFINANCE, LLC, f/k/a RABO<br>AGRIFINANCE, INC.,<br><br>        *Defendant.* | **ADV. PROC. NO. 18-02007** |

## <u>JOINT STIPULATED MOTION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41 and Federal Rule of Bankruptcy Procedure 7041, Plaintiff and Counterdefendant Lone Star State Bank of West Texas, and Defendant and Counterclaimant Rabo AgriFinance LLC, through their respective counsels, hereby stipulate and jointly move the Court to enter an Order, in the form submitted herewith, dismissing the above-entitled adversary proceeding, and all claims, counterclaims and defenses asserted herein by any party, with prejudice, with each party to bear his, her or its own attorneys' fees and costs.

The basis for this stipulated joint motion is that the parties have settled and resolved their differences.

DATED this 13th day of October, 2022.

LOVELL LOVELL ISERN & FARABOUGH, LLP
John H. Lovell, SBN: 12609300
Joe L. Lovell, SBN:  12609100
Matthew S. Merriott, SBN:  24100846
112 Southwest 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314
Telephone:  (806) 373-1515
Facsimile:  (806) 379-7176
Email:  john@lovell-law.net
Email:  joe@lovell-law.net
Email:  matthew@lovell-law.net


*/s/ Matthew S. Merriott (signed w/permission)*
John H. Lovell
Joe L. Lovell
Matthew S. Merriott
*Attorneys for Lone Star State Bank of West Texas*

UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

    --and--

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson *(Pro Hac Vice)*
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com


*/s/ Michael R. Johnson*
Michael R. Johnson
*Attorneys for Rabo AgriFinance LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2022, the foregoing document was filed

with the Clerk of the Court using the CM/ECF system, which sent notice of electronic filing to

the following electronic filing users in this case:

John H. Lovell, SBN 12609300
john@lovell-law.net
Joe L. Lovell
joe@lovell-law.net
Matthew S. Merriott, SBN 24100846
matthew@lovell-law.net
LOVELL, LOVELL, ISERN & FARABOUGH, L.L.P.
112 West 8th Avenue, Suite 1000
Eagle Centre Building
Amarillo, Texas 79101
*COUNSEL FOR LONE STAR STATE BANK OF WEST TEXAS*

*/s/ Michael R. Johnson*
Michael R. Johnson